■ JEFFREY B. GAUL, Appellant, v AMERICAN EMPLOYERS' INSURANCE COMPANY et al., Defendants, and AMERICAN ARBITRATION ASSOCIATION, Respondent. (Appeal No. 2.) [753 NYS2d 783] —Appeal from an order of Supreme Court, Onondaga County (McCarthy, J.), entered June 12, 2001, which, inter alia, granted the motion of defendant American Arbitration Association for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Same memorandum as in *Gaul v American Employers' Ins. Co.* (302 AD2d 875 [2003]). Present—Green, J.P., Hurlbutt, Burns, Gorski and Hayes, JJ.